# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

EDUARDO BECERRA SANTANA

*Plaintiff(s)*

v.　　　　　　　　　　　　　　　　Civil Action No. 5:23-cv-55

WARDEN BROWN

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award　　☐ Judgment costs　　☒ Other

other: The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk is directed to STRIKE this matter from the active docket of this Court and enter judgment in favor of respondent.

This action was:

☐ tried by jury　　☐ tried by judge　　☒ decided by judge

decided by Judge John Preston Bailey

Date: April 26, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ N.M. Maxwell, Deputy Clerk

*Signature of Clerk or Deputy Clerk*